PAUL R. KNOLLMEYER v. RUDCO INDUSTRIES, INC.

May 16, 1978. Petition for certification denied. (See 154 *N. J. Super.* 309)

PAUL R. KNOLLMEYER v. RUDCO INDUSTRIES, INC.

May 16, 1978. Cross-Petition for certification denied. (See 154 *N. J. Super.* 309)

EDWARD F. CLARK, JR. v.
WILLIAM F. HYLAND, ATTORNEY GENERAL.

May 16, 1978. Petition for certification denied.

J. VICTOR CARTON v. STATE OF NEW JERSEY, STATE COMMISSION OF ENVIRONMENTAL PROTECTION.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM H. MATTHEWS.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY POMO.

May 16, 1978. Petition for certification denied.